NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARNOLD ADAMS,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )      Case No. 2D17-3092
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____    )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Arnold Adams, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.